1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8
AT SEATTLE

9
FRASER CONSTRUCTION COMPANY,
INC., individually and on behalf of all
10
others similarly situated,

No. 2:19-cv-00451-RSM

11
Plaintiff,

DECLARATION OF GREGORY J.
HOLLON RE MOTION FOR
APPOINTMENT OF INTERIM CO-
12
v.
LEAD CLASS COUNSEL

13
CEDAR SHAKE & SHINGLE BUREAU, a
Washington nonprofit corporation;
14
WALDUN FOREST PRODUCTS, LTD, a
British Columbia corporation; ANBROOK
NOTED FOR CONSIDERATION ON
APRIL 26, 2019
15
INDUSTRIES LTD, a British Columbia
corporation; and G&R CEDAR LTD., a
16
British Columbia corporation,,

17
Defendants.

18

19       I, GREGORY J. HOLLON, declare under penalty of perjury of the laws of the

20  State of Washington that the following statements are true and correct and based upon my

21  personal knowledge:

22

23       1.      I am an attorney licensed to practice law in Washington State.  I am one of

24  the lawyers representing Plaintiff Fraser Construction Company, Inc. in this matter.

25       2.      I am a Member of McNaul Ebel Nawrot & Helgren PLLC ("McNaul").  I

26  joined the firm in 1997 after a one-year clerkship with The Hon. Wm. Fremming Nielsen,

DECL. OF GREGORY J. HOLLON RE MOT. FOR
APPOINTMENT OF INTERIM CO-LEAD CLASS
COUNSEL
(Cause No. 2:19-cv-00451-RSM) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

then Chief Judge of the United States District Court for the Eastern District of Washington. I became a Member of McNaul in 2004, and have been the firm's Managing Member since 2016.

3. McNaul maintains a vibrant complex commercial litigation practice including the prosecution and defense of class action litigation. I and other McNaul lawyers regularly practice before United States District Court for the Western District of Washington.

4. I have been recognized as a "Top 100" lawyer in Washington based on peer reviews by the *Super Lawyers* publication since 2012, and have received recognition by other respected publications like *Benchmark Litigation* and *Chambers and Partners*.

5. I am familiar with the lawyers defending certain of the defendants named in the above-captioned litigation in related lawsuits pending before the Western District, and have contacted those lawyers to determine whether they will accept service of process in this matter, thus potentially avoiding the costs and delays of personal service on defendants located outside the United States.

6. Attached hereto as Exhibit A are true and correct copies of excerpts from the McNaul website, including information about our litigation department and my individual biography.

DATED this 8th day of April, 2019, at Seattle, Washington.

s/ *Gregory J. Hollon*
Gregory J. Hollon, WSBA No. 26311
Email:  ghollon@mcnaul.com

DECL. OF GREGORY J. HOLLON RE MOT. FOR
APPOINTMENT OF INTERIM CO-LEAD CLASS
COUNSEL
(Cause No. 2:19-cv-00451-RSM) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## DECLARATION OF SERVICE

I hereby certify that on April 9, 2019 I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System which will send notification of such filing

to the following:

| | |
|---|---|
| Gregory Hollon: | ghollon@mcnaul.com |
| Will Thompson: | wthompson@burnscharest.com |
| Spencer Cox: | scox@burnscharest.com |
| Christopher Cormier: | ccormier@burnscharest.com |
| Warren Burns: | wburns@burnscharest.com |

*Attorneys for Plaintiff Fraser Construction Company, Inc.*
*and the Proposed Classes*

Further, I hereby certify that I have sent courtesy copies to counsel for defendants

in the related cases:

Larry Steven Gangnes
LANE POWELL PC
1420 Fifth Ave., Ste. 4200
Seattle, WA 9811109402
E: gangnesl@lanepowell.com

Jacob Alejandro Zuniga (Lead)
STOKES LAWRENCE
1420 Fifth Ave., Ste. 3000
Seattle, WA 98101-2393
E: Jacob.zuniga@stokeslaw.com

Heidi Brooks Bradley
Lane Powell PC
E:  bradleyh@lanepowell.com

Matthew L. Harrington
STOKES LAWRENCE
E: mlh@stokeslaw.com

Molly A. Terwilliger
YARMUTH LLP
1420 5th Ave., Ste. 1400
Seattle, WA 98101
E: mterwilliger@yarmuth.com

DATED this 9th day of April, 2019.

By:  *s/Gregory J. Hollon*
Gregory J. Hollon, WSBA No. 26311

DECL. OF GREGORY J. HOLLON RE MOT. FOR
APPOINTMENT OF INTERIM CO-LEAD CLASS
COUNSEL
(Cause No. 2:19-cv-00451-RSM) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# EXHIBIT A



# Litigation & Trial Practice

## Strategic litigation counsel drawing on a tradition of success in and out of the courtroom.

The trial-proven litigators at McNaul Ebel have decades of experience achieving excellent outcomes for our clients both in and out of court. Our lawyers have tried and arbitrated scores of complex cases to verdict throughout the Pacific Northwest and around the country, and they are widely recognized for their talent, creativity, and relentless pursuit of success. Whether your dispute is informal, in arbitration or mediation, before a judge, or on appeal, McNaul Ebel's litigation team can help accomplish your goals.

Unlike many of our competitors, we try cases to conclusion frequently—a track record well known to opposing counsel. When appropriate, we leverage our trial experience to settle disputes on favorable terms.

Our clients benefit from lean, informed teams that work efficiently. We pride ourselves on developing creative, practical strategies right from the start. If you need excellent litigation counsel, we are ready to help.

**McNaul Ebel Nawrot & Helgren PLLC**
One Union Square
600 University Street, Suite 2700
Seattle, WA 98101
phone: (206) 467-1816 | fax: (206) 624-5128

www.mcnaul.com



# MCNAUL EBEL
### NAWROT & HELGREN PLLC



## Greg J. Hollon

ghollon@mcnaul.com

direct: (206) 389-9348

## About

Greg Hollon is a trial attorney at McNaul Ebel and the firm's managing member. He has extensive experience representing both plaintiffs and defendants in complicated, high-stakes commercial and business disputes, including contract, class action, legal malpractice, insurance, securities, financial services, business, franchise, and real estate matters.

Greg has litigated numerous disputes between and among shareholders and members of closely held companies and partnerships, including the prosecution and defense of numerous cases involving alleged minority shareholder oppression. He believes in aligning the firm's and the client's interests, and he is open to considering alternative fee arrangements—including contingent fee representation—in significant commercial disputes.

Greg has represented clients through dozens of jury trials, bench trials, and arbitrations, as well as through the appellate process, arguing numerous times before the Washington Court of Appeals and the Ninth Circuit Court of Appeals, and twice before the Washington State Supreme Court.

From 1996 to 1997, Greg clerked for the Honorable William Fremming Nielsen, then chief judge of the US District Court for the Eastern District of Washington. Greg joined McNaul Ebel as an associate in 1997, and he became a partner in 2004.

Greg has served for many years as a member of the screening committee of the Pro Bono Panel for the US District Court for the Western District of Washington. He gives presentations regularly on professional issues, including trial practice. Greg has received broad recognition, including selection to the Top 100 list of Washington Super Lawyers every year since 2012.

In his spare time, Greg enjoys mountaineering, rock climbing, skiing, fly-fishing, gardening, and raising his two daughters. He is one of several dedicated bike commuters at the firm.

### Practice Areas

Litigation & Trial Practice

### Education

Harvard Law School (JD, 1996), magna cum laude

Stanford University (BA, 1991), with distinction and honors, Phi Beta Kappa

### Bar Admissions

Washington State, 1996

### Court Admissions

US District Court for the Western District of Washington, 1997

US District Court for the Eastern District of Washington, 1996

US Court of Appeals for the Ninth Circuit, 2011

Supreme Court of the United States, 2009

**McNaul Ebel Nawrot & Helgren PLLC**
One Union Square
600 University Street, Suite 2700
Seattle, WA 98101
phone: (206) 467-1816 | fax: (206) 624-5128

www.mcnaul.com



# Representative Cases & Matters

### General Commercial and Business Litigation

- Represented seller in post-closing litigation arising out of eight-figure merger and acquisition transaction for aerospace-related company; settled case favorably prior to trial, including payment to client of seven figures of money withheld by buyer.

- Defended a franchisor in a lawsuit brought by four franchisees alleging violations of the Franchise Investment Protection Act and Consumer Protection Act. Obtained defense verdict after a three-week jury trial.

- Recovery of seven-figure damages, attorneys' fees, and costs for claimant in arbitration over breach of earnout provision in contract for sale of an aerospace-related company.

- Defended claims by ex-CEO of regional bank for wrongful termination. After a three-week jury trial, settled case favorably on the last day of trial.

- Assisted in representation of a Division I college football coach in a jury trial for claims for wrongful termination and breach of contract; case settled prior to closing arguments after a six-week trial.

- Defended coverage and bad-faith claims against an insurance company and prosecuted cross-claims for indemnification against broker.

- Defended publicly traded company and its officers and directors against claims for breach of contract and breach of noncompetition agreement; obtained defense verdict after a multi-week jury trial.

- Represented trust in case against former trustee alleging breach of fiduciary duty and related claims.

- Representation of cryptocurrency exchange in negligence claims against cell phone provider for losses resulting from third-party hacking accomplished through cell phones.

- Prosecution and defense of various real estate litigation matters.

- Periodic representation of employers and employees with respect to obligations under non-competition contracts and related employment disputes.

### Securities, Shareholder, and Closely-Held Company Disputes

**McNaul Ebel Nawrot & Helgren PLLC**
One Union Square
600 University Street, Suite 2700
Seattle, WA 98101
phone: (206) 467-1816 | fax: (206) 624-5128

www.mcnaul.com



- Lead counsel for claimant in FINRA arbitration in New York against clearing broker alleging breach of contract, unauthorized trading and related claims; recovered eight-figure award ($11,333,000) on behalf of claimant.

- Represented the members of an LLC in an intra-LLC dispute. After five days of arbitration, obtained an award in favor of the client, including award of attorneys' fees and costs.

- Represented an LLC in a bench trial of valuation dispute under the dissenters' rights provisions of the LLC Act.

- Represented a minority member of an LLC in arbitration of claims for minority shareholder oppression. Obtained an arbitration award in favor of client.

- Represented managing members of an LLC in arbitration alleging mismanagement and breach of fiduciary duty with alleged damages of $2 million; obtained an arbitration award in favor of respondent clients.

## Class Action Defense

- Defense of owner of assisted living facilities in purported consumer class action alleging deceptive billing practices.

- Defended real estate brokerage on Whidbey Island in purported consumer class action alleging deceptive disclosures relating to airplane noise from Naval Air Station; settled matter favorably after depositions of purported class representatives.

- Represented a regional bank in a purported class action suit alleging improper overdraft fees and practices; obtained dismissal of claims.

- Represented manufacturer of PEX tubing, widely used in heating and plumbing applications, in a purported class action; obtained dismissal of all class action allegations.

## Legal Malpractice Defense and Lawyer Representation

- Defended law firm in malpractice action arising out of allegedly deficient intellectual property advice. Obtained a defense verdict after multi-week jury trial.

- Represented law firm in a multimillion-dollar fee dispute; settled case favorably after obtaining summary judgment ruling granting the client law firm a seven-figure fee award.

- Defense of law firm in matter alleging eight-figure damages arising out of transactional work relating to sale of company.

- Defended a law firm in a case alleging securities-related malpractice with alleged damages in excess of $11 million.

**McNaul Ebel Nawrot & Helgren PLLC**
One Union Square
600 University Street, Suite 2700
Seattle, WA 98101
phone: (206) 467-1816 | fax: (206) 624-5128

www.mcnaul.com



- Defended attorney in a malpractice/breach of fiduciary duty case arising out of securities-related work with alleged damages in excess of $90 million.

- Defended a law firm in a malpractice case arising out of securities-related work with alleged damages in excess of $60 million.

- Defended a lawyer alleged to have committed litigation malpractice; obtained a defense verdict after a multi-week jury trial.

- Periodic representation of lawyers in grievances filed with the Washington State Bar Association.

**McNaul Ebel Nawrot & Helgren PLLC**
One Union Square
600 University Street, Suite 2700
Seattle, WA 98101
phone: (206) 467-1816 | fax: (206) 624-5128

www.mcnaul.com