UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

April 9, 2019

**FRASER CONSTRUCTION COMPANY INC V. CEDAR SHAKE & SHINGLE BUREAU ET AL**
Case # 2:19−cv−00451−RSM

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

**Pro Hac Vice Admission**
It will be necessary for attorney(s) Lydia Wright to apply for Pro Hac Vice admission in this case. You may review the information regarding admission and find the relevant documentation here. Questions about this process should be directed to the Attorney Admissions clerk at 206−370−8862 or dana_scarp@wawd.uscourts.gov

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file