Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRASER CONSTRUCTION COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CEDAR SHAKE & SHINGLE BUREAU, a Washington nonprofit corporation; WALDUN FOREST PRODUCTS, LTD, a British Columbia corporation; ANBROOK INDUSTRIES LTD, a British Columbia corporation; and G&R CEDAR LTD., a British Columbia corporation,,<br><br>                Defendants. | No. 2:19-cv-00451-MJP<br><br>REPLY IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL AND LIAISON COUNSEL<br><br>NOTED ON MOTION CALENDAR: APRIL 26, 2019 |

On April 9, 2019, Plaintiff filed a Motion for Appointment of Interim Co-Lead Class Counsel and Liaison Counsel (the "Motion"). Pursuant to LCR 7(d)(3), any response to the Motion was due on or before Monday, April 22, 2019. However, as a result of ongoing negotiations between Plaintiff and certain of the Defendants regarding acceptance of service of the Complaint and, with respect to one Defendant, ongoing efforts to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d), no Defendants have yet appeared in the case. Under the circumstances, and in particular given that no Defendants have yet appeared through counsel, Plaintiff leaves to the discretion of the Court the timing or consideration of the Motion, and well as the briefing schedule for any

REPLY ISO MOT. FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL (No. 2:19-cv-00451-MJP) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

responses by Defendants, once they appear, or by any other parties or persons. (In the event any Defendants or other persons file responses to the Motion, Plaintiff will submit an amended reply to address any issues raised, to the extent necessary.)

DATED this 26th day of April, 2019.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Gregory J. Hollon
Gregory J. Hollon, WSBA No. 26311
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
ghollon@mcnaul.com

Christopher J. Cormier, *Pro Hac Vice*
BURNS CHAREST LLP
5290 Denver Tech Center Pkwy., Suite 150
Greenwood Village, Colorado 80111
Phone: (720) 630-2092
ccormier@burnscharest.com

Warren T. Burns, *Pro Hac Vice*
Will Thompson, *Pro Hac Vice*
Spencer Cox, *Pro Hac Vice*
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75201
Phone: (469) 904-4550
wburns@burnscharest.com
wthompson@burnscharest.com
scox@burnscharest.com

Lydia Wright, WSBA No. 49458
BURNS CHAREST LLP
65 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Phone: (504) 799-2845
lwright@burnscharest.com

George Farah, *Pro Hac Vice*
HANDLEY FARAH ANDERSON
81 Prospect Street
Brooklyn, NY 11201
Phone: (212) 477-8090
gfarah@hfajustice.com

REPLY ISO MOT. FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL (No. 2:19-cv-00451-MJP) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Keith Dubanevich, *Pro Hac Vice*
STOLL BERNE
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Phone: (503) 227-1600
kdubanevich@stollberne.com

*Attorneys for Plaintiff Fraser Construction Company, Inc. and the Proposed Classes*

REPLY ISO MOT. FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL (No. 2:19-cv-00451-MJP) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Christopher Cormier: | ccormier@burnscharest.com |
| George Farah: | gfarah@hfajustice.com |
| Gregory Hollon: | ghollon@mcnaul.com |
| Keith Dubanevich: | kdubanevich@stollberne.com |
| Lydia Wright: | lwright@burnscharest.com |
| Spencer Cox: | scox@burnscharest.com |
| Warren Burns: | wburns@burnscharest.com |
| Will Thompson: | wthompson@burnscharest.com |

*Attorneys for Plaintiff Fraser Construction Company, Inc. and the Proposed Classes*

Further, I hereby certify that I have sent via email courtesy copies to counsel for defendants in the related cases:

| | |
|---|---|
| Larry Steven Gangnes | Jacob Alejandro Zuniga (Lead) |
| Heidi Brooks Bradley | Matthew L. Harrington |
| LANE POWELL PC | STOKES LAWRENCE |
| 1420 Fifth Ave., Ste. 4200 | 1420 Fifth Ave., Ste. 3000 |
| Seattle, WA 9811109402 | Seattle, WA 98101-2393 |
| gangnesl@lanepowell.com | jacob.zuniga@stokeslaw.com |
| bradleyh@lanepowell.com | mlh@stokeslaw.com |

Molly A. Terwilliger
YARMUTH LLP
1420 5th Ave., Ste. 1400
Seattle, WA 98101
mterwilliger@yarmuth.com

DATED this 26th day of April, 2019.

By: s/ Gregory J. Hollon
    Gregory J. Hollon, WSBA No. 26311

REPLY ISO MOT. FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL (No. 2:19-cv-00451-MJP) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

4148-001 id262041zv 2019-04-26