1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  FRASER CONSTRUCTION                CASE NO. C19-451 MJP
    COMPANY INC,
11                                     MINUTE ORDER
                        Plaintiff,
12
           v.
13
    CEDAR SHAKE & SHINGLE
14  BUREAU, et al.,

15                      Defendants.

16

17      The following minute order is made by the direction of the court, the Honorable Marsha

18  J. Pechman, United States District Judge:

19

20      Plaintiff's Motion for Appointment of Interim Co-Lead Class Counsel and Liaison

21  Counsel (Dkt. No. 19) is STRICKEN and may be re-noted at a later date as appropriate.

22

23

24

The clerk is ordered to provide copies of this order to all counsel.

Filed May 15, 2019.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk