Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRASER CONSTRUCTION COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CEDAR SHAKE & SHINGLE BUREAU, a Washington nonprofit corporation; WALDUN FOREST PRODUCTS, LTD, a British Columbia corporation; ANBROOK INDUSTRIES LTD, a British Columbia corporation; and G&R CEDAR LTD., a British Columbia corporation,,<br><br>Defendants. | No. 2:19-cv-00451-MJP<br><br>ORDER GRANTING RESELLER INDIRECT PURCHASER PLAINTIFFS' AMENDED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL AND LIAISON COUNSEL |

Having considered Reseller Indirect Purchaser Plaintiffs' motion for appointment of Interim Co-Lead Counsel and Liaison Counsel and the accompanying papers, the Court hereby ORDERS pursuant to Federal Rule of Civil Procedure 23(g)(3) that Burns Charest LLP and Stoll Stoll Berne Lokting & Shlachter P.C. shall serve as Interim Co-Lead Counsel for the proposed Reseller Indirect Purchaser Plaintiff classes.

Interim Co-Lead Counsel for the proposed Reseller Indirect Purchaser Plaintiff classes shall be solely responsible for coordinating and organizing the litigation on behalf

ORDER GRANTING RESELLER INDIRECT
PURCHASER PLAINTIFFS' AMENDED MOTION FOR
APPOINTMENT OF LEAD AND LIAISON COUNSEL
(Cause No. 2:19-cv-00451-MJP) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

of the proposed Reseller Indirect Purchaser Plaintiff classes in the conduct of this litigation and, in particular, shall have the following responsibilities:

a) To brief and argue motions and file responsive or opposing briefs to motions initiated by other parties;

b) To initiate and conduct discovery proceedings;

c) To act as spokespersons at pretrial conferences;

d) To negotiate with defense counsel with respect to settlement and other matters;

e) To call meetings of plaintiffs' counsel when appropriate;

f) To make all work assignments to plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

g) To conduct trial and post-trial proceedings;

h) To consult with and employ experts;

i) To allocate any Court-awarded fees and reimbursement of disbursements among plaintiffs' counsel after settlement or judgment;

j) To perform such other duties and undertake such other responsibilities as they deem necessary or desirable; and

k) To coordinate and communicate with defense counsel with respect to matters addressed in this paragraph.

The Court further ORDERS that McNaul Ebel Nawrot & Helgren PLLC shall serve as Liaison Counsel for the Reseller Indirect Purchaser Plaintiff classes. Liaison Counsel for these proposed classes shall be responsible for performing, on behalf of all Reseller Indirect Purchaser Plaintiff class counsel, administrative matters such as communications with clerical staff of the Court and with other counsel (including receiving and distributing notices, orders, motions, and briefs on behalf of the group to the

ORDER GRANTING RESELLER INDIRECT
PURCHASER PLAINTIFFS' AMENDED MOTION FOR
APPOINTMENT OF LEAD AND LIAISON COUNSEL
(Cause No. 2:19-cv-00451-MJP) – Page 2

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

extent such documents are not served via the Court's electronic case filing program), serving as a document repository for document productions as needed, advising parties of developments in the case, and otherwise assisting in the coordination of activities and positions in the litigation.

No motion, request for discovery, or other pre-trial proceedings shall be initiated or filed by any Reseller Indirect Purchaser Plaintiff in this and any subsequently consolidated or coordinated case except through Interim Co-Lead Counsel for the proposed Reseller Indirect Purchaser Plaintiff classes.

All Reseller Indirect Purchaser Plaintiff counsel in this and any subsequently consolidated or coordinated cases shall keep contemporaneous time records. In such manner as Interim Co-Lead Counsel for the proposed Class shall require, all Reseller plaintiffs' counsel shall periodically submit summaries or other records of time and expenses to Interim Co-Lead Counsel. Failure to provide such documents and data on a timely basis may result in the Court's failure to consider non-compliant counsel's application for fees and expenses should this litigation be resolved successfully for Plaintiffs.

Liaison Counsel as set forth herein shall provide a copy of this Order to all counsel of record in each Reseller Indirect Purchaser Plaintiff action filed or subsequently consolidated or coordinated before this Court.

The appointments made in this Order shall continue until further order of the Court.

IT IS SO ORDERED.

DATED this **27** day of **June**, 2019.

_____
Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

ORDER GRANTING RESELLER INDIRECT
PURCHASER PLAINTIFFS' AMENDED MOTION FOR
APPOINTMENT OF LEAD AND LIAISON COUNSEL
(Cause No. 2:19-cv-00451-MJP) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Gregory J. Hollon
Gregory J. Hollon, WSBA No. 26311
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
ghollon@mcnaul.com

BURNS CHAREST LLP
Christopher J. Cormier, *Pro Hac Vice*
5290 Denver Tech Center Pkwy., Suite 150
Greenwood Village, Colorado 80111
Phone: (720) 630-2092
ccormier@burnscharest.com

BURNS CHAREST LLP
Warren T. Burns, *Pro Hac Vice*
Will Thompson, *Pro Hac Vice*
Spencer Cox, *Pro Hac Vice*
900 Jackson Street, Suite 500
Dallas, Texas 75201
Phone: (469) 904-4550
wburns@burnscharest.com
wthompson@burnscharest.com
scox@burnscharest.com

BURNS CHAREST LLP
Lydia Wright, *Pro Hac Vice*
65 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Phone: (504) 799-2845
lwright@burnscharest.com

HANDLEY FARAH ANDERSON
George Farah, *Pro Hac Vice*
81 Prospect Street
Brooklyn, New York 11201
Phone: (212) 477-8090
gfarah@hfajustice.com

STOLL BERNE
Keith Dubanevich, *Pro Hac Vice*
Joshua L. Ross, WSBA No. 39879
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Phone: (503) 227-1600
kdubanevich@stollberne.com
jross@stollberne.com

*Attorneys for Plaintiff Fraser Construction Company, Inc. and the Proposed Reseller Indirect Purchaser Plaintiff Classes*

ORDER GRANTING RESELLER INDIRECT PURCHASER PLAINTIFFS' AMENDED MOTION FOR APPOINTMENT OF LEAD AND LIAISON COUNSEL (Cause No. 2:19-cv-00451-MJP) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816